B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Smart Parts, Inc.**  
Debtor(s)

Case No. **10-23521**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dong Feng & P Corp/Shanghai Int'l Tradin<br>Ningbo, China | Dong Feng & P Corp/Shanghai Int'l Tradin<br>Ningbo, China | | | 1,031,604.00 |
| PIDA<br>Comptroller Operations<br>DCED Loan Accounting<br>P.O. Box 884<br>Harrisburg, PA 17108-0884 | PIDA<br>Comptroller Operations<br>DCED Loan Accounting<br>Harrisburg, PA 17108-0884 | | | 780,673.81 |
| George Davison<br>595 Alpha Drive<br>Pittsburgh, PA 15238 | George Davison<br>595 Alpha Drive<br>Pittsburgh, PA 15238 | | | 530,381.00 |
| Bank of New York/PEDFA<br>Global Corporate Trust<br>1600 Market Street, Suite 1500<br>Philadelphia, PA 19103 | Bank of New York/PEDFA<br>Global Corporate Trust<br>1600 Market Street, Suite 1500<br>Philadelphia, PA 19103 | | | 281,232.00 |
| MELF<br>Comptroller Operations<br>DCED Loan Accounting<br>P.O. Box 884<br>Harrisburg, PA 17108-0884 | MELF<br>Comptroller Operations<br>DCED Loan Accounting<br>Harrisburg, PA 17108-0884 | | | 232,121.66 |
| Simple IP Law, PC<br>19555 SW 53rd Avenue<br>Tualatin, OR 97062 | Simple IP Law, PC<br>19555 SW 53rd Avenue<br>Tualatin, OR 97062 | | | 170,584.64 |
| JAWBA<br>PO Box 3200<br>Latrobe, PA 15650 | JAWBA<br>PO Box 3200<br>Latrobe, PA 15650 | | | 122,107.21 |
| Dynasty Paintball Club, LLC<br>c/o Kevin Bresthauer<br>1345 Viola Street<br>San Diego, CA 92110 | Dynasty Paintball Club, LLC<br>c/o Kevin Bresthauer<br>1345 Viola Street<br>San Diego, CA 92110 | | | 93,268.17 |
| Industrial Metal Plating<br>153 Wagner Lane<br>Reading, PA 19601 | Industrial Metal Plating<br>153 Wagner Lane<br>Reading, PA 19601 | | | 55,161.92 |
| Gooder Agency, Inc.<br>232 North Market Street<br>Ligonier, PA 15658 | Gooder Agency, Inc.<br>232 North Market Street<br>Ligonier, PA 15658 | | | 44,511.03 |

B4 (Official Form 4) (12/07) - Cont.

In re **Smart Parts, Inc.**              Case No. **10-23521**
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Gardner & Gardner Realty Co.** 100 Station Street Loyalhanna, PA 15661 | **Gardner & Gardner Realty Co.** 100 Station Street Loyalhanna, PA 15661 | | | **37,260.00** |
| **IMC Electronics** 33931 Bond Road Lebanon, OR 97355 | **IMC Electronics** 33931 Bond Road Lebanon, OR 97355 | | | **37,225.65** |
| **Tri-Tech LLC** 56733 Magnetic Drive Mishawaka, IN 46545 | **Tri-Tech LLC** 56733 Magnetic Drive Mishawaka, IN 46545 | | | **36,561.15** |
| **Banner Service Corp.** 494 East Lies Road Carol Stream, IL 60188 | **Banner Service Corp.** 494 East Lies Road Carol Stream, IL 60188 | | | **30,266.72** |
| **Malin, Berquist & Co, LLP** 351 Harvey Avenue, Suite A Greensburg, PA 15601 | **Malin, Berquist & Co, LLP** 351 Harvey Avenue, Suite A Greensburg, PA 15601 | | | **23,950.00** |
| **Star CNC Machine Tool Corp.** 123 Powerhouse Road P.O. Box 9 Roslyn Heights, NY 11577 | **Star CNC Machine Tool Corp.** 123 Powerhouse Road P.O. Box 9 Roslyn Heights, NY 11577 | | | **22,913.96** |
| **AT&T Mobility** P.O. Box 289 Paramus, NJ 07653 | **AT&T Mobility** P.O. Box 289 Paramus, NJ 07653 | | | **22,594.10** |
| **CFW Media** 39097 Treasury Center Chicago, IL 60694 | **CFW Media** 39097 Treasury Center Chicago, IL 60694 | | | **22,000.00** |
| **Polysi Technologies, Inc.** 5108 Rex McLeod Drive Sanford, NC 27330 | **Polysi Technologies, Inc.** 5108 Rex McLeod Drive Sanford, NC 27330 | | | **18,520.00** |
| **Hyper Battery** 3651 Peachtree Parkway Suite E-122 Suwanee, GA 30024 | **Hyper Battery** 3651 Peachtree Parkway Suite E-122 Suwanee, GA 30024 | | | **16,550.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 18, 2010**        Signature **/s/ William M. Gardner, Jr.**
                                       **William M. Gardner, Jr.**
                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.